# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

October 5, 2013

**VIA ECF**
Honorable Jack B. Weinstein
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: **United States v. Antonio De la Cruz Pimentel**
    **13 CR 213 (JBW)**

Dear Judge Weinstein:

  I write to provide the Court with two additional letters of support on behalf of my client, Antonio De la Cruz Pimentel, who is scheduled to be sentenced on October 8, 2013.

              Respectfully submitted,

              Lisa Hoyes
              Asst. Federal Defender
              (718) 330-1253

10/5/13

To honorable Judge Jack B. Weinstein

My name is Victor J. Hernandez, I'm the oldest nephew of Antonio DeLaCruz Pimentel. I work as a manager at a Fine Fair supermarket for the last 5 years. I am a Buddhist, so I believe how I project myself to the world determines my life in this world. I also help those in need and always try to make choices based on my strongly moral beliefs.

I did not grow up with my uncle Antonio, but before I could even remember things I would often go to the Dominican Republic, the country of my forefathers, his home. My mother would tell me stories of how when we arrived my uncle would take me with him where ever he went he would treat me as his own.

I grew up with out my father. But every year that I vacationed with my family to D.R. He would make me forget what that was like. He would give me advice on various subjects. It was never lectures with him. He

taught to be a realistic person. He never told me things that weren't true. But nor did he hurt my feelings with the truth. I guess I was the son at the time he never had. But fortune smiled on my uncle, he had become a father. There are very few men walking around worthy of calling themselves the honorific title of Father. To be a father does not mean you help conceive a child. To be a father is to be there, to nourish, to love, to sacrifice, and do whatever it takes for your child to grow up happy and healthy. The most important thing to my uncle is family. He did what he did not for personal wealth but for his family. He is not only guilty of his crimes to our society but he is also guilty of being a father. I know we all reap what we sow but I please urge to consider being less lenient on my uncle. I'm sure he misses us his family. He will have time to reflect on his actions, to regret, and to learn. No father ever wants to be away from his children.

yours truly,

Victor [signature]

October 4, 2013

**Honorable Jack B. Weinstein**
United Stated District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza
Brooklyn, New York 11201


Attn: Honorable Jack B Weinstein:

    My name is Suley Martinez, throughout this letter I would like to inform and affirm that I have known Antonio De La Cruz for the past four years since September of 2009.

For the same, I can assure that he is a very nice and humble man that always liked to help others, and also by being a loving and caring father to his children and with those who surround him as friends. Mr. De La Cruz has always been a very hard working man and had struggled in life to be able to maintain the integrity of his family and children so he can provide support.

This being said, I have full knowledge of the offenses that Mr. De La Cruz is encountering at this present time in his life I think he should be given an opportunity to amend any mistakes or misleads that he have chosen throughout his life as and be able to make better decision for his future.

Thank you in advance for your attention and consideration.


Respectfully,

*[signature]*
Suley Martinez